IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM LESLIE LEE,

    Petitioner,

v.                                          Case No. 5:15cv69-MW/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, ECF No. 1, is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED on June 22, 2015.**

                                                         **s/Mark E. Walker**
                                                         **United States District Judge**